**Order entered August 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00563-CR

**BILLY JOE CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

The Court **GRANTS** court reporter LasTresta Ginyard's August 18, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     DAVID EVANS
               JUSTICE